MARCH 21, 1957

**No. 60575.**—E. Sasajima et al. v. United States, petitions 7186–R, etc.— —C. D. 1841. Petitioners' application for rehearing denied.

MARCH 19, 1957

**No. 60576.**—SUIT 4865.—United States v. Colonial Commerce Co., Ltd., and P. John Hanrahan, Inc.— —C. D. 1734 reversed November 30, 1956. C. A. D. 629.

**No. 60577.**—SUIT 4872.—A. F. Burstrom v. United States.— —C. D. 1752 affirmed November 30, 1956. C. A. D. 631.

**No. 60578.**—SUIT 4876.—C. J. Tower & Sons v. United States.— —C. D. 1764 affirmed January 9, 1957. C. A. D. 634.

MARCH 22, 1957

**No. 60579.**—SUIT 4864.—United States v. C. J. Tower & Sons.— —C. D. 1733 reversed November 30, 1956. C. A. D. 626.

BEFORE THE FIRST DIVISION, MARCH 26, 1957

**No. 60580.**—A. Squicciarini & Son, Inc. v. United States, protest 233402–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wafers, not edible, and which are not artificial flowers or leaves, the claim of the plaintiff was sustained.